IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF WEST VIRGINIA

CHARLESTON DIVISION

BLAZINE MONACO

          Plaintiff,

v.                                                    CIVIL ACTION NO.   2:20-cv-00517

WV PARKWAYS AUTHORITY,

          Defendant.

### ORDER

In accordance with the accompanying Order Granting Defendant's Motion to Dismiss, the court **ORDERS** that judgment be entered, and that this case be closed and stricken from the docket.

The court **DIRECTS** the Clerk to send a copy of this Order to counsel of record and any unrepresented party.

ENTER:   February 2, 2021

_____
JOSEPH R. GOODWIN
UNITED STATES DISTRICT JUDGE